UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TANYA MULLIGAN, *et al.*,

        Plaintiff,

v.                                        Case No. 8:07-CV-1991-T-24 MSS

THE FRANK FOUNDATION, *et al.*,

        Defendants.
_____/

**ORDER**

This cause comes before the Court on Plaintiffs' Joint Motion for Limited Stay of Discovery and Case Management Conference Pending Ruling on Defendants' Motions to Dismiss, or in the Alternative Transfer Venue. (Doc. No. 44.)

Plaintiffs request that this Court stay the requirement of a case management conference and partially stay discovery pending its ruling on Defendants' Motions to Dismiss, or in the Alternative, to Transfer Venue, which this Court previously referred to United States Magistrate Judge Mary S. Scriven for a report and recommendation. (Doc. No. 42.) Plaintiffs state that both parties agree that it is premature, at this point, to meet and prepare a case management report, as well as exchange in full discovery, prior to the ruling of this Court on whether this case will be transferred to another forum.

Having considered the motion, and being otherwise fully advised, the motion is **GRANTED**. The requirement that the parties to engage in a case management conference is hereby stayed until this Court rules on the pending Motions to Dismiss, or in the Alternative, to Transfer Venue. Additionally, discovery in the instant case is stayed until this Court rules on the pending Motions to Dismiss, or in the Alternative, to Transfer Venue.

**DONE AND ORDERED** at Tampa, Florida, this 14th day of May, 2008.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
The Honorable Mary S. Scriven
Counsel of Record